M. David Eckersley (0956)
PRINCE, YEATES & GELDZAHLER
175 East 400 South, Suite 900
Salt Lake City, Utah 84111
Telephone: 801-524-1000
mde@princeyeates.com

and

Kyle Schonekas, La. Bar No. 11817
Patrick S. McGoey, La. Bar No. 24549
Andrea V. Timpa, La. Bar No. 29455
Katherine McCray, La. Bar No. 31921
SCHONEKAS, WINSBERG, EVANS &
MCGOEY, L.L.C.
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130
Telephone: (504) 680-6050
kyle@swemlaw.com
patrick@swemlaw.com
andrea@swemlaw.com
katherine@swemlaw.com

*Attorneys for all Plaintiffs
except Dandrea, Inc. and KMD, Inc.*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| GULF COAST SHIPPERS LIMITED PARTNERSHIP, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>DHL EXPRESS (USA), INC., an Ohio Corporation, and DPWN Holdings (USA), Inc.<br><br>Defendants. | **JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER**<br><br>Civil No. 2:09-CV-221<br><br>Judge Dale A. Kimball<br>Magistrate Judge Paul M. Warner |

**NOW INTO COURT** come plaintiffs, Gulf Coast Shippers Limited Partnership, et al., except Dandrea, Inc. and KMD, Inc. ("Plaintiffs"), and defendants DHL Express (USA), Inc. and DPWN Holdings (USA), Inc. ("Defendants"), who, pursuant to Federal Rule of Civil Procedure 26(c), represent to the Court that they have agreed to and have, through their respective counsel, executed a Stipulated Protective Order to govern the handling of documents, depositions, deposition exhibits, interrogatory responses, admissions, and any other information produced, given, or exchanged in connection with discovery in the above-captioned action, and respectfully request that the Court enter the Stipulated Protective Order, in the form attached, for the purposes stated therein.

**WHEREFORE**, Plaintiffs and Defendants pray that this Motion be granted and that the Court enter the attached Stipulated Protective Order.

A proposed Order is submitted concurrently.

Dated this 23rd day of July, 2010.

/s/ *Katherine McCray*
Kyle Schonekas
Patrick S. McGoey
Andrea V. Timpa
Katherine McCray
SCHONEKAS, WINSBERG, EVANS &
MCGOEY, L.L.C.
650 Poydras Street, Suite 2105
New Orleans, Louisiana 70130

*Attorneys for all Plaintiffs*
*except Dandrea, Inc. and KMD, Inc.*

/s/ Khai LeQuang
Khai LeQuang
Christopher S. Ruhland
Edwin V. Woodsome, Jr.
William W. Oxley
ORRICK HERRINGTON & SUTCLIFFE
777 S. Figueroa St. Ste, 3200
Los Angeles, CA 90017-5855

*Attorneys for Defendants DHL Express (USA), Inc. and DPWN Holdings (USA), Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2010, I caused to be served via Court's ECF electronic filing system the foregoing pleading, to the following:

- **Blaine J. Benard**
  blaine.benard@hro.com,tish.howell@hro.com
- **M. David Eckersley**
  mde@princeyeates.com,geniel@princeyeates.com,docket@princeyeates.com
- **Khai LeQuang**
  klequang@orrick.com,nsweeney@orrick.com,ewestermeyer@orrick.com
- **Katherine M. McCray**
  katherine@semmlaw.com,jennifer@semmlaw.com,andi@semmlaw.com
- **Patrick S. McGoey**
  patrick@semmlaw.com,rachel@semmlaw.com
- **William W. Oxley**
  woxley@orrick.com,sspencer@orrick.com
- **Christopher S. Ruhland**
  cruhland@orrick.com,nsweeney@orrick.com,ewestermeyer@orrick.com
- **Kyle D. Schonekas**
  kyle@semmlaw.com,jennifer@semmlaw.com
- **Andrea V. Timpa**
  andrea@semmlaw.com,andi@semmlaw.com,rachel@semmlaw.com
- **Edwin V. Woodsome , Jr**
  ewoodsome@orrick.com,nsweeney@orrick.com,ewestermeyer@orrick.com

I further certify that on July 23, 2010 I mailed the foregoing document and the notice of electronic filing by placing same in the United States mail, postage prepaid and properly addressed, to the following non-CM/ECF participants:

Dandrea, Inc. and KMD, Inc.
c/o Kevin Dandrea
4098 WILKES DR
MELBOURNE, FL 32901

/s/ Katherine McCray